# In re Gary A. STRASSENBURG, Esq.

[635 A.2d 1219]

No. 93-046

November 9, 1993. Pursuant to the recommendation of the Professional Conduct Board filed on July 26, 1993, and approval thereof, it is hereby ordered that Gary A. Strassenburg, Esq., be suspended for six months commencing on February 26, 1993.